In the Matter of the Petition of RICHARD C. DE NORMANDIE, Appellant, Relative to the Action of THOMAS F. MARTIN REALTY COMPANY, Respondent, v. BAY VIEW HEIGHTS LAND COMPANY. (Action No. 1.) — Order modified so as to provide that the resale be had as therein provided, upon condition that the petitioner pay $10 costs of the motion and give an undertaking in the penal sum of $1,000, with good and sufficient sureties, to be approved by a justice of the Supreme Court, providing that upon such resale the petitioner will bid an amount at least equal to the sum at which the premises were sold, plus the interest thereon, and the expenses of the resale and indemnifying the purchaser for all damages, costs and expenses to which he has been subjected in consequence of the sale of the premises to him; and as so modified

affirmed, without costs of this appeal. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur. Settle order on notice before Mr. Justice Rich.